IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

HONG THI VO AND HUY M. NGUYEN

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary
U.S. Department of Homeland Security

JOSEPH B. EDLOW, Director
U. S. Citizenship & Immigration Services

KAY LEOPOLD, Field Office Director,
Milwaukee Field Office,
U.S. Citizenship & Immigration Services

TODD BLANCHE, Acting Attorney
General
U.S. Department of Justice,

The United States of America

Defendants.

Case No.:

Civil Action

## PLAINTIFFS' COMPLAINT FOR WRIT OF MANDAMUS

NOW COMES the Plaintiff, Ms. HONG THI VO ("VO") and Mr. HUY M. NGUYEN
["NGUYEN"], by and through their attorneys, Stephen Berman, of IMMIGRATION
ATTORNEYS, LLP, and for their Complaint for Writ of Mandamus against Defendants state
as follows:

## STATEMENT OF ACTION

1. This action is brought to compel action on Plaintiffs' pending Petition for Alien
   Relative [Form I-130] and Application for Adjustment of status [Form I-485],
   pursuant to 28 U.S.C. § 1361 and 5 U.S.C. § 701 *et seq.* VO AND NGUYEN properly
   filed their forms I-130 and I-485 on or about November 3, 2023, with the U.S.

1

Citizenship and Immigration Services ("USCIS"). **See Exhibit A.** An interview on the application was completed May 19, 2025. **See Exhibit B.** To Plaintiffs' detriment, Defendants have failed to adjudicate the applications to date.

## PARTIES

2. Plaintiff VO is a foreign national, residing in the United States. Plaintiff is currently without lawful immigration status, and seeks adjustment of status under 8 U.S.C. § 1255 . Her petition remains pending with USCIS and has not been processed for an extended amount of time.

3. Plaintiff NGUYEN is a U.S. citizen, residing in the United States. Plaintiff NGUYEN petitioned for his wife, Plaintiff VO, to immigrate to the U.S. under 8 U.S.C. § 1154(a)(1)(A)(i). His petition remains pending with USCIS and the visa has not been processed for an extended amount of time.

4. Defendant MARKWAYNE MULLIN ("Mullin"), Secretary of the Department of Homeland Security ("DHS"), is being sued in his official capacity. Mullin is responsible for the adjudication of Forms I-130 and I-485 as he has control, supervision, and direction over all of the employees, files, and records of the USCIS. *See* 8 U.S.C. § 1103(a); 8 U.S.C. § 1184(p); 6 U.S.C. § 271(b).

5. Defendant JOSEPH B. EDLOW ("Edlow"), Director of the USCIS, is being sued in her official capacity. Edlow is charged with supervisory authority over federal and contract employees who are responsible for the accurate, efficient, and secure processing of immigration benefits.

6. Defendant KAY LEOPOLD ("Leopold") is being sued in her official capacity as Director of the USCIS's Milwaukee Field Office. Leopold is charged generally with processing and adjudicating benefit applications pursuant to the INA and 8 CFR § 2.1/§ 103.1(b), subject to adjudication at the USCIS's Milwaukee Field Office.

2

7.     Defendant TODD BLANCHE ("Blanche"), Attorney General of the United States, is being sued in his official capacity. Blanche is responsible for the administration and enforcement of the Immigration and Nationality Act ("INA") pursuant to 8 U.S.C. § 1103(g); 8 U.S.C. § 1225.

## JURISDICTION

8.     This Court has original jurisdiction to hear civil actions arising under the laws of the United States, and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. *See* 28 U.S.C. § 1331; 28 U.S.C. § 1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 U.S.C. §§ 2201-2202. Relief is requested pursuant to said statutes.

9.     This action is brought to compel Defendants, who are officers of the United States, to perform their duties arising under the law of the United States. *See* 28 U.S.C. § 1361.

10.     This Court has jurisdiction to hear actions arising from claims that an agency or an officer or employee of a government agency failed to act in its official capacity and the person to whom the duty was owed suffered a legal wrong. 5 U.S.C. §§ 701, 702. There is no prior, adequate, or exhaustive opportunity for other forms of judicial review where the USCIS fails to act. 5 U.S.C. § 703.

11.     This action further invokes Plaintiffs' rights of due process under the Fifth Amendment of the United States Constitution, a claim that grants this Court jurisdiction. 28 U.S.C. § 1331.

12.     Because Plaintiffs are not seeking a review of a denial, the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction. Rather, Plaintiffs are seeking to have their petitions adjudicated, and such adjudication is incumbent upon Defendants under 8 U.S.C.

3

§ 1154 and 8 U.S.C. § 1255.

13. While the ultimate decision on the I-485 application may be discretionary, the duty of USCIS to review pending Forms I-485 is not discretionary. The duty to adjudicate form I-130 is not discretionary. Plaintiff is not seeking review of previously denied application, but only seek this court's order that Defendants make that determination as required by statute, regulation, and policy.

14. This Court has jurisdiction to award Plaintiff's reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, for failure of Defendants to perform their duties within a reasonable time period.

15. Federal courts retain jurisdiction over administrative adjudications when the USCIS refuses and fails to adjudicate benefit petitions and/or applications in a reasonable and timely manner. *He v. Chertoff*, 528 F. Supp. 2d 879, 882-83 (N.D. Ill. 2008), *citing Iddir v. INS*, 301 F.3d 492, 499 (7th Cir. 2002).

## VENUE

16. Venue is proper in this Court pursuant to 28 USC § 1391(e) in that this is an action against officers and agencies of the United States in their official capacities, brought in the district where at least one Plaintiff resides, and where a substantial part of the events or omissions giving rise to the instant claim occurred. *See e.g. N-N et al v. Mullin et al*, 540 F. Supp. 3d 240 (EDNY 05.18.2021)

17. Plaintiffs' Petitions were properly filed with the National Benefits Center, and, to their knowledge, remains pending with the USCIS Milwaukee Field Office.

## EXHAUSTION OF REMEDIES

18. Plaintiff had exhausted all administrative remedies in that there is no administrative remedy for USCIS' delays.

4

19. Plaintiff VO is in removal proceedings and is subject to an ICE check in. Her next date to present herself is July 30, 2026. **See, Exhibit C.** ICE may choose to detain Plaintiff VO at that time, costing her freedom, greatly increasing the cost of her removal defense, and separating her from her spouse and support network. Time is of the essence, and but for the delays of USCIS, Plaintiff VO should have been a lawful permanent resident of the U.S. for at least the last year.

20. Thus, Defendants have failed to act, and Plaintiffs have no further remedy.

## CAUSES OF ACTION

## COUNT I- Relief under the Mandamus Act

21. A plaintiff filing for mandamus relief must demonstrate that: (1) he or she has a clear right to the relief requested; (2) the defendant has a clear duty to perform the act in question, and (3) no other adequate remedy is available. *See He,* 528 F. Supp. 2d at 882, *citing Iddir,* 301 F.3d at 499; *see also, Ahmed v. DHS,* 328 F.3d 383, 386-87 (7th Cir. 2003).

22. Plaintiff has a clear right to the relief requested. The INA confers upon Plaintiff the right to file a petition based on their status as victims of crime in the United States. *See* INA § 101(a)(15)(U); 8 U.S.C. § 1101(a)(15)(U); 8 U.S.C. § 1184(p).

23. Specifically, Defendant Mullin is responsible for oversight of employees of the Department of Homeland Security. INA § 203(a); 8 U.S.C. § 1103(a). As such, he is responsible for the adjudication of petitions filed pursuant to 8 U.S.C. § 1154 and 8 U.S.C. § 1255.

24. Defendant Edlow, as the Director of USCIS under the umbrella of DHS, is responsible for the accurate, efficient, and secure processing of immigration benefits.

5

25. Defendant Leopold, as the Director of the Milwaukee Field Office, is specifically responsible for timely adjudications of I-130 and I-485 petitions pending at that office.

26. No other adequate remedies are available to Plaintiff. Follow up has proven futile. Plaintiffs' petitions have been pending nearly two years and eight months.

## COUNT II- Relief under the Administrative Procedures Act

27. Defendants' refusal to act in this case is arbitrary and not in accordance with the law; therefore, this Court maintains the authority to compel the Defendants to act. 5 U.S.C. § 706(2). Defendants have willfully and unreasonably delayed the adjudication of these cases. 5 U.S.C. § 706(1). Defendants' delay in the processing of their cases has deprived Plaintiffs of their right to due process under the law as provided by the Fifth Amendment of the United States Constitution.

28. VO AND NGUYEN have been damaged by the failure of Defendants to act in accordance with their duties under the law. Specifically, they have been deprived of the ability to legally work in the United States, even though their petitions have been pending for over two years.

29. Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. § 701 *et seq.*, are unlawfully withholding or unreasonably delaying actions on Plaintiffs' Petition and Application and have failed to carry out the adjudicative functions delegated to them by law relative to this case.

30. Further follow up is futile. Accordingly, they have been forced to pursue the instant action.

## COUNT III- EAJA FEES

31. Plaintiffs bringing successful federal actions in the nature of a complaint for a violation of an administrative duty may be entitled to a grant of attorney's fees and

6

costs against Defendants under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A). This is the case even though the United States Supreme Court has ruled that EAJA does not authorize payment of attorney's fees to prevailing parties in administrative deportation proceedings. *See Ardestani v. INS*, 502 U.S. 129 (1991). This action is not part of an administrative deportation proceeding; therefore, payment of attorney's fees must be allowed.

32. To prevail under EAJA, a plaintiff must establish that he or she is a "prevailing party" in a suit against the United States or a federal agency or official. See *Hewitt v. Helms*, 482 U.S. 755 (1987). A plaintiff must receive at least some relief on the merits of his or her claim to be considered a "prevailing party." Fees are awarded unless the Court finds that the position of the defendant was substantially justified or that special circumstances make an award unjust. To be a "prevailing party," the plaintiff need only be successful on a significant issue in the litigation.

33. As there is no known reason why Defendants have not timely acted on the instant cases, there is unlikely any substantial justification or special circumstances that would render unjust an EAJA award to Plaintiffs. Defendants' arbitrary and capricious conduct in failing to adjudicate Plaintiffs' case serves, at a minimum, as the basis for relief on the merits of the instant complaint.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs HONG THI VO requests that this Honorable Court enter an order:

  a. Requiring Defendants to act on Plaintiffs' petition at the Milwaukee Field Office by issuing a decision on both petitions.

  b. Awarding Plaintiffs reasonable attorney's fees pursuant to 28 U.S.C. § 2412 for failure of Defendants to perform their duties within a reasonable amount

7

of time; and

c.  Granting such other relief at law and in equity as justice may require.

Respectfully submitted,

/s/ Stephen Berman
Stephen Berman
IMMIGRATION ATTORNEYS, LLP
Counsel for Plaintiffs
WI Bar # 1061144
8989 N PT WASH RD STE 201
Milwaukee WI 53217
(414) 939-8099 (ph)
(414) 939-8098 (fax)
sberman@immattyllp.com

8

## EXHIBIT LIST

A. Receipt notices for HONG THI VO and HUY M. NGUYEN's Forms I-130 and I-485, filed November 3, 2023.

B. Interview Notice for May 19, 2025 at the Milwaukee Field Office.

C. ICE Supervision Appointment Sheet.

9

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | November 07, 2023 |

| CASE TYPE | | USCIS ALIEN NUMBER |
|---|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0923005627 | November 03, 2023 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | |
|---|---|---|
| November 03, 2023 | Immediate Relative of U.S. citizen | |

HONG T. VO
C/O MELISSA R. SOBERALSKI SOBERALSKI IMMIGRATION
25  00006698
PO BOX 14652
MILWAUKEE, WI 53214

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $1,140.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,225.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**

USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**

(800)375-5283
ATTORNEY COPY



EXHIBIT

A

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Department of Homeland Security
U.S. Citizenship and Immigration Services

# Form I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | November 07, 2023 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-130, Petition for Alien Relative | |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0923005629 | November 03, 2023 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| November 03, 2023 | 201 B INA SPOUSE OF USC | June 28, 1990 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $535.00 |
| Total Amount Received: | $535.00 |
| Total Balance Due: | $0.00 |

HUY M. NGUYEN
C/O MELISSA R. SOBERALSKI SOBERALSKI IMMIGRATION
PO BOX 14852
MILWAUKEE, WI 53214

**APPLICANT/PETITIONER NAME AND MAILING ADDRESS**

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| VO, HONG | | | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
ATTORNEY COPY

 

If this is an interview or biometrics appointment notice, please see the back of this notice for important information. Form I-797C 10/13/21





# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | **Notice Date**<br>April 09, 2025 |
|---|---|---|---|
| **Case Type**<br>FORM I-485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | |
| **Receipt Number**<br>IOE0923005627 | **Received Date**<br>November 03, 2023 | **Priority Date** | **Page**<br>1 of 2 |

HONG THI VO
831 WESLYN CT
APT 1
WEST BEND WI 53095 -4420

A Number

Receipt Number

Failure to appear for the scheduled appointment without prior notification and without good cause may result in the denial of your application. (8 CFR 103.2) You are notified to appear before a USCIS officer regarding the application identified above at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding can take about two hours. If you cannot keep this appointment, call the U.S. Citizenship and Immigration Services (USCIS) Contact Center at 1-800-375-5283 (TTY 1-800-767-1833) as soon as possible to reschedule your appointment.

**Who should come with you:**
- If your eligibility is based on your marriage, your husband or wife must come with you to the interview.
- If you do not speak English fluently, you should bring an interpreter.
- Your attorney or authorized representative may come with you to the interview.
- If your eligibility is based on a parent/son or daughter relationship and the son or daughter is a minor, the petitioning parent and the son or daughter must appear for the interview.

**YOU MUST BRING THE FOLLOWING ITEMS WITH YOU:** (Please use as a checklist to prepare for your interview)
- This Interview Notice and your Government issued photo identification.
- If required, a completed Form I-693, Report of Medical Examination and Vaccination Record, and/or vaccination supplement in a sealed envelope (unless already submitted). Please see the Form I-693 Instructions for guidance on whether you need a complete medical examination, an updated vaccine supplement only, or neither.
- If required, a completed Form I-864, Affidavit(s) of Support, with all required evidence (unless already submitted). Please see the Form I-864 Instructions for guidance on whether you need a Form I-864. Required evidence for each of your sponsors includes, but is not limited to, the following:
  - Federal Income Tax returns and W-2's, or certified IRS printouts, for the most recent tax year;
  - Letters from each current employer, verifying current rate of pay and average weekly hours, and pay stubs for the past 2 months;
  - Evidence of your sponsor's and/or co-sponsor's United States Citizenship or Lawful Permanent Resident status.
- All documentation establishing your eligibility for Lawful Permanent Resident status. This includes, but is not limited to, proof of status as an asylee, refugee, or a fiancé(e) nonimmigrant.
- Any immigration-related documentation ever issued to you, including any Form I-766, Employment Authorization Document (EAD); Form I-512, Authorization for Advance Parole; and Form I-571, Refugee Travel Document.
- All travel documents used to enter the United States, including Passports; Form I-512, Authorization for Advance Parole; Form I-571 Refugee Travel Document; and Form I-94, Arrival/Departure Record.
- Your Birth Certificate.
- If your Form I-485 is based on a petition filed by a family member, your petitioner's Birth Certificate and your petitioner's evidence of United States Citizenship or Lawful Permanent Resident Status.
- If you have children, bring a Birth Certificate for each of them.
- If your eligibility is based on your marriage, in addition to your husband or wife coming to the interview with you, bring:
  - A certified copy of your Marriage Document issued by the appropriate civil authority;
  - Your husband or wife's Birth Certificate;
  - Your husband or wife's evidence of United States Citizenship or Lawful Permanent Resident status;
  - If either you or your husband or wife were ever married before, all divorce decrees/death certificates for each prior marriage;
  - Birth Certificates for all children of this marriage, and custody papers for your children and for your husband or wife's children not living with you;
  - Supporting evidence of your relationship, such as copies of any documentation regarding joint assets or liabilities you and your husband or wife may have together. This may include: tax returns, bank statements, insurance documents (car, life, health), property documents (car,

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>310 W. Wisconsin Ave, Suite 850W<br>EIGHTH FLOOR<br>MILWAUKEE, WI 53203 | ON: Monday, May 19, 2025<br>AT: 10:00AM |
|---|---|

EXHIBIT

*B*



## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| REQUEST FOR APPLICANT TO APPEAR FOR INITIAL INTERVIEW | | | **Notice Date**<br>April 09, 2025 |
|---|---|---|---|
| **Case Type**<br>FORM I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR ADJUST STATUS | | | **A#** |
| **Receipt Number**<br>IOE0923005627 | **Received Date**<br>November 03, 2023 | **Priority Date** | 2 of 2 |

house, etc.), rental agreements, utility bills, credit cards, contracts, leases, photos, correspondence and/or any other documents you feel may substantiate your relationship.

- The originals and copies of each supporting document that you submitted with your application. Otherwise, we may keep your originals for our records.
- If you have ever been arrested, bring the related Police Report and the original or certified Final Court Disposition for each arrest, even if the charges have been dismissed or expunged. If no court record is available, bring a letter from the court with jurisdiction indicating this.
- A certified English translation for each foreign language document. The translator must certify they are fluent in both languages, and that the translation in its entirety is complete and accurate.

NOTE: For asylee and refugee Form I-485 applicants, we do not require some of the items listed above. Please refer to the Form I-485 Instructions for detailed guidance. For asylee and refugee Form I-485 applicants, your husband or wife does not need to come to the interview. Additionally, for arrests and criminal records, asylee and refugee applicants are only required to provide records for arrests that occured in the United States.

To request a disability accommodation, go to www.uscis.gov/accommodations or call the USCIS Contact Center at as soon as possible, even if you indicated on your application that you require an accommodation.

For questions about your application, you can use our many online tools (uscis.gov/tools) including our virtual assistant, Emma. If you are not able to find the information you need online, you can reach out to the USCIS Contact Center by visiting uscis.gov/contactcenter.

| PLEASE COME TO: U.S. Citizenship and Immigration Services<br>310 W. Wisconsin Ave. Suite 850W<br>EIGHTH FLOOR<br>MILWAUKEE, WI 53203<br><br>2 | ON: Monday, May 19, 2025<br>AT: 10:00AM |
|---|---|

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 10/13/21

Case 2:26-cv-01157-LA    Filed 06/30/26    Page 13 of 15    Document 1

U.S. Department of Homeland Security
Immigration and Customs Enforcement

Continuation Page for Form                    I-220B

Alien's Name
VO, Hong Thi

_____
**Alien's Signature**

(picture)

Alien's Address
2031 Huron Circle Apt. 14
Grafton, WI 53024

RIGHT INDEX PRINT

_____ (if any)

## PERSONAL REPORT RECORD

| DATE | OFFICER | COMMENT/CHANGES |
|------|---------|-----------------|
| 6/30/20 | JA | NRD 11/6/2020 |
| 8/6/20 | DRM | Next report date November 17, 2020 |
| 11/17/20 | MDC | NEXT REPORT DATE MAY 18, 2021 |
| 5/13/21 | JA | NRD 5/17/2022 |
| 5/17/22 | MAM | NRD June 22, 2023 at 0900 |
| 6/22/23 | MV | NRM JULY 17, 2025 @ 800 |
| 7/17/25 | JAW | NRD JULY 30, 2025 @ 9am |

COURT DATE
6/26/2024

Ryan Alkern or main

Signature

BY
Deportation Officer

EXHIBIT
C

**CERTIFICATE OF SERVICE**

TO:    MARKWAYNE MULLIN, Secretary        JOSEPH B. EDLOW,
U.S. Department of Homeland Security    Director USCIS
425 Murray Dr. Building 410           20 Massachusetts Avenue, NW
Washington, DC 20528               Washington, DC 20529
**Via Certified Mail**                  **Via Certified Mail**

KAY LEOPOLD, Director            TODD BLANCHE, Attorney General
USCIS Milwaukee Field Office        U.S. Department of Justice
310 W Wisconsin Ave Ste 850W      950 Pennsylvania Avenue, N.W.
Milwaukee WI 53203               Washington, D.C. 20530-0001
**Via Certified Mail**                  **Via Certified Mail**

Brad D. Schimel, Esq.
Eastern District of Wisconsin
U.S. Attorney's Office
517 E Wisconsin Ave Ste 530
Milwaukee WI 53202
**Via Certified Mail**

PLEASE TAKE NOTICE that on June 30, 2026, Plaintiff filed with the United States District Court for the Eastern District of Wisconsin, Plaintiffs' Complaint for Writ of Mandamus. I, Stephen Berman, an attorney, do hereby state that I caused a copy of Plaintiffs' Complaint for Writ of Mandamus to be served upon the listed individuals at the indicated addresses via certified mail, along with summons.

                  */s/ Stephen Berman*
                  Stephen Berman
                  IMMIGRATION ATTORNEYS, LLP
                  Counsel for Plaintiffs
                  8989 N PT WASH RD STE 201
                  Milwaukee WI 53217
                  414.939.8099